# Court of Appeals
# of the State of Georgia

ATLANTA,    July 14, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0063. LANDSTAR RANGER, INC. et al. v. FOSTER et al.**

On July 9, 2014, the parties apprised this Court that a compromise and settlement in this case had been reached. The Appellees thereafter moved this Court to dismiss the appeal, and the Appellants responded that they had no objection. Given that all issues presented by this appeal are now moot, the instant appeal is hereby ordered DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/14/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*